UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KATHERINE VEILLEUX, JENNIFER CHON, ROCKY COAST FAMILY ACUPUNCTURE PC, and JAMES TILTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>ELECTRICITY MAINE, LLC, PROVIDER POWER, LLC, SPARK HOLDCO, LLC, KEVIN DEAN and EMILE CLAVET<br><br>Defendants | **CASE NO: 1:16-cv-571-LEW** |

**JOINT MOTION TO STAY**

Plaintiffs and Defendants (collectively the "Parties") jointly move for an order staying all deadlines and further activity in this action (the "Lawsuit") for a period of seventy-five (75) days from the date of this Motion while the Parties pursue settlement discussions. In support of this Joint Motion, the Parties state as follows:

1. Currently, three motions are fully briefed and pending before this Court: (1) Plaintiffs' Motion to Certify Class (ECF No. 163); (2) Defendants' Motion to Exclude Expert Testimony (ECF No. 183); and (3) Defendants' Motion to Dismiss and Compel Arbitration (ECF No. 145).

2. On July 1 and 2, the Parties attended a judicial settlement conference with Magistrate Judge John C. Nivison in Bangor (ECF Nos. 216, 217).

3. As a result of that conference, the Parties have made progress toward a settlement that would fully and finally resolve the Lawsuit.

4. In order to reach such a global settlement agreement among the Parties, first a separate agreement between Defendants Electricity Maine, LLC and Spark HoldCo, LLC (collectively "Electricity Maine") and Defendants Provider Power, Emile Clavet, and Kevin Dean (collectively "Provider Power") on certain issues is necessary.

5. Electricity Maine and Provider Power require additional time to work out the terms of their agreement.

6. The Parties request that the Court stay all deadlines and further activity in the Lawsuit for a period of seventy-five days from the date of this Motion.

7. Prior to the expiration of the requested stay, the Parties will either (a) report to the Court that the Parties have reached an agreement to resolve the Lawsuit, pending preliminary and final approval by the Court; or (2) report to the Court that a settlement has not been reached and request that the Court either grant a further stay or rule on the pending motions after hearing, as the case may be.

WHEREFORE, the Parties jointly request that this Court enter an order staying all deadlines and further activity in this Lawsuit for a period of seventy-five (75) days from the date of this Motion.

Dated at Portland, Maine this 12th day of July, 2019

/s/ *Thomas F. Hallett*
Thomas F. Hallett
Benjamin N. Donahue
HALLETT WHIPPLE WEYRENS
6 City Center, Suite 208
Portland, Maine 04101
(207) 775-4255
thallett@hww.law
bdonahue@hww.law

*Attorneys for the Plaintiffs and Class Members*

/s/ *Robert P. Cummins*
Robert P. Cummins
The Cummins Law Firm
33 North Dearborn Street
Chicago, Illinois 60602
312-662-6321
rpc@cumminlawfirm.com

*Attorney for the Plaintiffs and Class Members*

/s/ *John J. Aromando*
John J. Aromando
Katherine S. Kayatta
Sara A. Murphy
PIERCE ATWOOD LLP
Merrill's Wharf, 254 Commercial Street
Portland, ME 04101
Tel: 207-791-1100
jaromando@pierceatwood.com
kkayatta@pierceatwood.com
smurphy@pierceatwood.com

*Attorneys for Defendants Electricity Maine, LLC and Spark HoldCo, LLC*

/s/ *Melissa A. Hewey*
Melissa A. Hewey
Amy K. Olfene
Adrianne E. Fouts
DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, ME 04101
Tel: (207) 772-1941
mhewey@dwmlaw.com
aolfene@dwmlaw.com
afouts@dwmlaw.com

*Attorneys for Defendants Provider Power, LLC, Kevin Dean, and Emile Clavet*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2019, I electronically filed the foregoing document using the CM/ECF system which will send the notification of such filing to counsel of record.

><u>*/s/ John J. Aromando*</u>
>John J. Aromando
>Pierce Atwood LLP
>Merrill's Wharf
>254 Commercial Street
>Portland, ME  04101
>Tel:  207-791-1100
>jaromando@pierceatwood.com
>
>*Attorneys for Defendants Electricity Maine, LLC and Spark HoldCo, LLC*